IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GARY ELAM,  )<br>*Individually And On Behalf Of All Others,*  )<br>)<br>              **Plaintiff,**  )<br>)<br>vs.    )<br>)<br>CALIBER HOLDINGS  )<br>CORPORATION,  )<br>)<br>              **Defendant.**  ) | Case No. 3:23-cv-181-DWD |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on October 3, 2023 (Doc. 27), as well as the Joint Stipulation to Dismiss (Doc. 25), this matter is **DISMISSED with prejudice** with each party to bear its own costs and fees.

**IT IS SO ORDERED.**

DATED: October 4, 2023

                                                             MONICA A. STUMP, Clerk of Court

                                                             *s/ Dana M. Winkeler*
                                                             **Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**